PEMEX EXPLORACION Y PRODUC-
CION, Individually and as assignee of
Age Refining, Inc, Flint Hills Re-
sources, LP and Valero Marketing
and Supply Company, Plaintiff–Appel-
lant

v.

CONOCOPHILLIPS COMPANY; FR
Midstream Transport, L.P., formerly
known as TexStar Midstream Trans-
port, L.L.C.; Marathon Petroleum
Company, L.P., formerly known as
Marathon Petroleum Company,
L.L.C.; Shell Chemical, L.P.; Shell
Trading U.S. Company, "Stusco"; Su-
noco Partners Marketing; Terminals,
L.P., Defendants–Appellees

Pemex Exploracion Y Produccion,
Plaintiff–Appellant

v.

BASF Corporation; BASF Fina Petro-
chemicals, L.P.; RGV Energy Part-
ners, L.L.C., Defendants–Appellees

Pemex Exploracion Y Produccion,
Plaintiff–Appellant

v.

F & M Transportation, Inc.; Jeff Kir-
by; Superior Crude Gathering, Incor-
porated, Defendants–Appellees.

Nos. 14–20417, 14–20418.

United States Court of Appeals,
Fifth Circuit.

March 5, 2015.

Mark Edward Maney, Maney & Gonza-
lez–Felix, P.C., Ileana Margarita Blanco,
Esq., Christina Elise Ponig, Brett David
Solberg, DLA Piper, L.L.P. (US), Hous-
ton, TX, for Plaintiff–Appellant.

Reagan William Simpson, Esq., Eric P.
Chenoweth, Yetter Coleman, L.L.P.,
George T. Shipley, Laina Reinsmith Miller,
Joel Zane Montgomery, Shipley Snell
Montgomery, L.L.P., Travis James Sales,
William Karl Mata Kroger, Brooke
McNabb, Michelle Shamblin Stratton, Aar-
on Michael Streett, Baker Botts, L.L.P.,
Payal Kamal Garehgrat, Littler Mendel-
son, P.C., Charles Alfred Sturm, Sturm
Law, P.L.L.C., Houston, TX, John Michael
Quinlan, McElroy, Sullivan, Miller, Weber
& Olmstead, L.L.P., Austin, TX, Anthony
J. Pruzinsky, Justin Matthew Heilig, Esq.,
Hill Rivkins, L.L.P., New York, NY, Paul
Garrett Kratzig, Kratzig Law Firm, Cor-
pus Christi, TX, for Defendants–Appellees.

Before SMITH, PRADO, and OWEN,
Circuit Judges.

PER CURIAM: *

The Court has carefully considered
these consolidated appeals in light of the
briefs, oral arguments, and pertinent por-
tions of the record—including the exten-
sive and thorough opinions of the district
court. For essentially the reasons articu-
lated by the district court, we find no
reversible error and AFFIRM.

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under
the limited circumstances set forth in 5TH CIR.
R. 47.5.4.